In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00286-CV

_____


IN RE TEXAS POOL GUY, LLC

**On Appeal from the 317th District Court**
**Jefferson County, Texas**
**Trial Cause No. C-227,217**

## ORDER

Texas Pool Guy, LLC filed a petition for writ of mandamus. The relator is a non-party in Cause No. C-227,217, *In the Interest of M.D.B. III*. Relator seeks a writ compelling the Honorable Larry Thorne, Judge of the 317th District Court, to vacate his orders requiring production of records of a financial institution for *in camera* inspection. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017).

Relator requests that production of financial records be stayed as temporary relief. *See* Tex. R. App. P. 52.10(a). The Court finds temporary relief is necessary to

1

prevent undue prejudice. It is ORDERED that production records by Community Bank of Texas, NA for *in camera* inspection by the trial court is STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relator as a condition to any relief herein granted.

The responses of the real parties in interest, Courtney Hudson, Michael David Bellow Jr., and Community Bank of Texas, NA, are due August 9, 2018.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED July 30, 2018.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.